1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

# UNITED STATES  DISTRICT COURT

## Northern District of California

## San Francisco Division

CENTER FOR BIOLOGICAL DIVERSITY,
              Plaintiff,

                    v.
KEN SALAZAR, et al.,
              Defendants.
_____/

No. C 12-1767 JCS

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:        September 13, 2012
Mediator:   Gerald George

    IT IS HEREBY ORDERED that the request to allow plaintiff Center for Biological

Diversity's representative, Noah Greenwald, to appear telephonically the September 13, 2012,

mediation session before Gerald George is GRANTED.  Mr. Greenwald shall be available at all

times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

    IT IS SO ORDERED.

    September 5, 2012                    By:

_____       _____
Dated

GRANTED

Donna M. Ryu
United States Magistrate Judge

Judge Donna M. Ryu