UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

CENTER FOR BIOLOGICAL DIVERSITY,
    Plaintiff,

    v.

KEN SALAZAR, et al.,
    Defendants.
_____/

No. C 12-1767 JCS

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:    September 13, 2012
Mediator:    Gerald George

IT IS HEREBY ORDERED that the request to allow plaintiff Center for Biological Diversity's representative, Noah Greenwald, to appear telephonically the September 13, 2012, mediation session before Gerald George is GRANTED. Mr. Greenwald shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

September 5, 2012    By: _____
Dated                                 Donna M. Ryu
                                          United States Magistrate Judge