**CENTER for BIOLOGICAL DIVERSITY**                                          *Because life is good.*

September 11, 2012

**ELECTRONICALLY FILED**

U.S. Magistrate Judge Joseph C. Spero
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   **Center for Biological Diversity et al. v. Salazar et al., Case No. 12-1767-JCS**
      **Request Leave To Appear By Phone**

Dear Magistrate Judge Spero:

   I request leave to appear by telephone at the case management conference scheduled in the above matter for 1:30 p.m. on Friday, September 21, 2012.

   If this request is granted, I can be reached at (651) 955-3821.

                                        Sincerely,

                                        /s/ Collette L. Adkins Giese

                                        Collette L. Adkins Giese

                                        *Counsel for Plaintiffs*

   IT IS HEREBY ORDERED that Ms. Giese shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated:  9/11/12.



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

Arizona · California · Nevada · New Mexico · Alaska · Oregon · Illinois · Minnesota · Vermont · Washington, DC
8640 Coral Sea Street NE · Minneapolis, MN 55449-5600   tel: (651) 955.3821   www.BiologicalDiversity.org