

**U.S. Department of Justice**
Environment and Natural Resources Division

90-8-6-07365

*Wildlife and Marine Resources Section*
*P.O. Box 7611*
*Ben Franklin Station*
*Washington, DC 20044-7611*

*Telephone (202) 305-0202*
*Facsimile (202) 305-0275*

**BY ELECTRONIC FILING**

September 14, 2012

Honorable Joseph C. Spero
United States Magistrate Judge
U.S. District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Center for Biological Diversity v. Salazar*, Case No. 3:12-cv-01767-JCS (N.D. Cal.)

Dear Honorable Judge Spero:

I am writing to request leave to appear telephonically at the case management conference scheduled in this matter on September 21, 2012. If the Court grants the request, I will be available at the following land line number on that date beginning at 1:30pm Pacific time: **202-305-0202**.

Sincerely,

Ethan Eddy
Counsel for Defendants

IT IS HEREBY ORDERED THAT Mr. Eddy shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: 9/18/12

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero