CENTER for BIOLOGICAL DIVERSITY                    Because life is good.

November 7, 2012

**ELECTRONICALLY FILED**

U.S. Magistrate Judge Joseph C. Spero
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

Re:     **Center for Biological Diversity et al. v. Salazar et al., Case No. 12-1767-JCS**
        **Request Leave To Appear By Phone**

Dear Magistrate Judge Spero:

   I request leave to appear by telephone at the case management conference scheduled in the above matter for 1:30 p.m. on Friday, November 16, 2012.

   If this request is granted, I can be reached at (651) 955-3821.

                                            Sincerely,

                                            /s/ Collette L. Adkins Giese

IT IS HEREBY ORDERED THAT Ms. Giese        Collette L. Adkins Giese
shall be on phone standby beginning at 1:30 PM and
await the Court's call.                     *Counsel for Plaintiffs*
Dated: 11/7/12

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Arizona • California • Nevada • New Mexico • Alaska • Oregon • Illinois • Minnesota • Vermont • Washington, DC
8640 Coral Sea Street NE • Minneapolis, MN 55449-5600   tel: (651) 955.3821   www.BiologicalDiversity.org