**U.S. Department of Justice**
Environment and Natural Resources Division

90-8-6-07365

***Wildlife and Marine Resources Section***
***P.O. Box 7611***
***Ben Franklin Station***
***Washington, DC 20044-7611***

***Telephone (202) 305-0202***
***Facsimile (202) 305-0275***

**BY ELECTRONIC FILING**

November 9, 2012

Honorable Joseph C. Spero
United States Magistrate Judge
U.S. District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: *Center for Biological Diversity v. Salazar*, Case No. 3:12-cv-01767-JCS (N.D. Cal.)

Dear Honorable Judge Spero:

I am writing to request leave to appear telephonically at the case management conference scheduled in this matter on November 16, 2012. If the Court grants the request, I will be available at the following land line number on that date beginning at 1:30pm Pacific time: **202-305-0202**.

Sincerely,

s/ Ethan Carson Eddy

Ethan Eddy
Counsel for Defendants

Dated: 11/13/12

UNITED STATES DISTRICT COURT
IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero
NORTHERN DISTRICT OF CALIFORNIA